UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MCNEESE STATE UNIVERSITY FOUNDATION | * | CIVIL ACTION NO.: 22-CV-5173 |
| | * | |
| VERSUS | * | JUDGE DAVID C. JOSEPH |
| | * | |
| SUBWAY REAL ESTATE, LLC OF DELAWARE | * | MAGISTRATE JUDGE LEBLANC |
| | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, McNeese State University Foundation, and Defendant, Subway Real Estate, LLC of Delaware, who, respectfully moves this Honorable Court to dismiss this case on the basis that all claims have been resolved and compromised.

WHEREFORE, pursuant to Federal Rules of Civil Procedure, Plaintiff, McNeese State University Foundation, and Defendant, Subway Real Estate, LLC of Delaware, move this Honorable Court to dismiss this case, with prejudice, with each party to bear their own costs.

Respectfully Submitted:

STOCKWELL, SIEVERT, VICCELLIO,
 CLEMENTS & SHADDOCK, L.L.P.

BY: __s/Stephen D. Polito__
 DALLAS K. KINGHAM (#29935)
 STEPHEN D. POLITO (#32638)
 DEREK G. HOFFMAN (#38272)
 127 W. BROAD ST.
 CHASE BANK BLDG., 4TH FL.
 LAKE CHARLES, LA 70601
 PHONE: (337) 436-9491
 FAX: (337) 493-7210
 dkkingham@ssvcs.com
 sdpolito@ssvcs.com
 dghoffman@ssvcs.com
 *Attorneys for MCNEESE STATE UNIVERSITY FOUNDATION*

Date: __July 9th__, 2024

O'BRYON & SCHNABEL, APLC

BY: __s/Kevin O'Bryon__
 KEVIN O'BRYON (#10151)
 935 Gravier Street, Suite 900
 New Orleans, LA 70112
 PHONE: (504) 799-4200
 FAX: (504) 799-4211
 kob@obryonlaw.com
 *Attorneys for SUBWAY REAL ESTATE, LLC OF DELAWARE*

Date: __July 8th__, 2024

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 8th day of July, 2024. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

_____
STEPHEN D. POLITO
DEREK G. HOFFMAN

4856-7229-4760 v1