# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MCNEESE STATE UNIVERSITY FOUNDATION** | * | **CIVIL ACTION NO.: 22-CV-5173** |
| | * | |
| **VERSUS** | * | **JUDGE DAVID C. JOSEPH** |
| | * | |
| **SUBWAY REAL ESTATE, LLC OF DELAWARE** | * | **MAGISTRATE JUDGE LEBLANC** |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Joint Motion to Dismiss with Prejudice of Plaintiff, McNeese State University Foundation, and Defendant, Subway Real Estate, LLC:

**IT IS ORDERED AND ADJUDGED** that the Joint Motion to Dismiss is GRANTED and, with each party to bear its own costs.

**Lake Charles, Louisiana,** this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

3

4856-7229-4760 v1