UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MCNEESE STATE UNIVERSITY FOUNDATION** | * | **CIVIL ACTION NO.: 22-CV-5173** |
| | * | |
| **VERSUS** | * | **JUDGE DAVID C. JOSEPH** |
| | * | |
| **SUBWAY REAL ESTATE, LLC OF DELAWARE** | * | **MAGISTRATE JUDGE LEBLANC** |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the Joint Motion to Dismiss with Prejudice of Plaintiff, McNeese State University Foundation, and Defendant, Subway Real Estate, LLC:

IT IS ORDERED AND ADJUDGED that the Joint Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney fees.

THUS DONE AND SIGNED in Chambers on this 8th day of July, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

4856-7229-4760 v1